LELA B. DAVIS COLBURN, Personally and as General Guardian for HARRY M. DAVIS and Others, and Being the Widow, Heirs at Law and Next of Kin of CLARENCE DAVIS, Deceased, Appellants, v. FIDELIA N. IRELAND and Another, Personally, and as Executors, etc., of ELEANOR L. WAKER, Deceased, Respondents.— Motion for reargument denied, with ten dollars costs; motion for leave to

appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.